THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DANIEL O'REILLY, Appellant.

*People* v. *O'Reilly,* 153 App. Div. 854, affirmed.
(Argued January 15, 1913; decided February 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1912, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of criminally receiving stolen property.

*George C. Andrews, Maurice Meyer* and *Abraham Levy* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Not voting: HISCOCK and HOGAN, JJ.